UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

v.

Melvin Lee Gatlin,

        Defendants.

No. 14-cr-327 (JNE/HB)
ORDER

---

This case is before the Court on a Report and Recommendation, ECF No. 46, in which the United States Magistrate Judge recommends that Defendant Melvin Lee Gatlin's Motion to Suppress Search and Seizure, ECF No. 27, be denied.

Gatlin did not object to the Report and Recommendation, and after conducting a de novo review of the record, the Court now adopts it.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. The Report and Recommendation [ECF No. 46] is ADOPTED.

2. Defendant's Motion to Suppress Search and Seizure [ECF No. 27] is DENIED.

Dated: February 23, 2015

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge